23 So.2d 887

### Robert WRIGHT v. STATE.
#### 4 Div. 898.

Court of Appeals of Alabama.
Nov. 13, 1945.

John C. Walters, of Troy, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

24 So.2d 927

### Ruby D. WYATT v. STATE.
#### 6 Div. 210.

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.